No. 03–1181. SELF COMMUNICATIONS, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1183. ENDRES v. INDIANA STATE POLICE. C. A. 7th Cir. Certiorari denied.

No. 03–1185. CASILLAS v. RAWERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–1186. CARMONA, AKA KESTER v. CARMONA, AS SUCCESSOR REPRESENTATIVE OF CARMONA, DECEASED. Sup. Ct. Nev. Certiorari denied.

No. 03–1195. GILL v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 03–1209. PHELAN v. CITY OF CHICAGO, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 03–1216. WITTNER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 03–1217. CONSOLE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 03–1221. SAFETY NATIONAL CASUALTY CORP. v. SHOOK & FLETCHER ASBESTOS SETTLEMENT TRUST. C. A. 8th Cir. Certiorari denied.

No. 03–1222. MOUNTAIN ENTERPRISES, INC. v. FITCH ET AL. Cir. Ct. Lincoln County, W. Va. Certiorari denied.

No. 03–1223. MOUNTAIN ENTERPRISES, INC. v. FITCH ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 03–1228. BHUTANI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–1246. GUANG CHYI LIU ET AL. v. DUNKIN' DONUTS INC. ET AL. C. A. 3d Cir. Certiorari denied.